Della Boyles, Appellee, v. Mary Josephine Cora, Appellant.

No. 45745.